UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                              CASE NO. 6:16-cr-265-оrl-31,DCI
                                18 U.S.C. § 2252A(a)(2)(B)
RICHARD MINTER

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about May 25, 2016, in the Middle District of Florida, and elsewhere, the defendant,

**RICHARD MINTER**

did knowingly receive material that contains child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet.

All in violation of 18 U.S.C. §§ 2252A(a)(2)(B) and (b)(1).

## FORFEITURE

1. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

2. Upon conviction of the violations alleged in Count One, the defendant, **RICHARD MINTER**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253, all of his interest in any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including, but not limited to, an HP Desktop Computer, model number HP500-027C, serial number 3cr3270PL3.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A. LEE BENTLEY, III
United States Attorney

By: _____
Kara M. Wick
Assistant United States Attorney

By: _____
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division